April 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FREDERIC JARDIN, Appellant

NO. 14-13-00616-CV                               V.

SOREN MARKLUND, DOUGLAS WENE AND CHEM32, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Soren Marklund, Douglas Wene and Chem32, LLC, signed June 19, 2013, was heard on the transcript of the record. We do not have jurisdiction over this interlocutory appeal. We therefore order the appeal **DISMISSED**.

We order appellant Frederic Jardin to pay all costs incurred in this appeal.

We further order this decision certified below for observance.